UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-01100-TLM |
| MID VALLEY CONSTRUCTION, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

### STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before the Court and the Motion for Relief from the Automatic Stay filed by Intermountain Community Bank ("ICB"), Docket No. 77 ("Motion"), with notice of the Motion having been given in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and the only objection having been raised by the Debtor Mid Valley Construction, Inc., Docket No, 83 ("Objection"), which Objection is hereby withdrawn upon entry of this Stipulated Order, and good cause existing:

*The above-captioned Debtor, by and through its attorney of record, hereby stipulated to this Order Granting Relief from the Automatic Stay;

IT IS HEREBY ORDERED:

That the Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to ICB and to the subject property described as:

All Accounts and Other Rights to Payment; and

STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY 1

Land in JMC INDUSTRIAL SUBDIVISION, City of Ontario, Malheur County, Oregon, according to the Official Plat thereof, and located in the NE1/4 NE ¼ of Sec. 16, Twp. 18 S., R. 47 E., W.M., and formerly Parcel 1 in PARTITION PLAT NO. 91-2, recorded February 18, 1991 as Inst. No. 91-729, Official Records, as follows: Lot 5, Real Property commonly known as 218 SW 19th Avenue, Ontario, Oregon 97914; and

The 2006 Somero SD Copperhead Laser Screed XP2, Serial #20551-0306 and accessories, (collectively "Equipment"); and

Land in VALLEY ESTATES SUBDIVISION NO. 1, City of Ontario, Malheur County, Oregon, according to the Official Plat thereof, as follows: Lots 1, 3, 6, 15, 20, 21, 22, 26, 31, 32, and 36, real property commonly known as NNA Valley Estates Subdivision, Ontario, Oregon 97914 ("Valley Estate Property.");

*IT IS FURTHER ORDERED, that good cause exists to have this Order become

effective immediately upon entry.

//end of text//

DATED:  October 14, 2010

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY 2

41185.0040.2087382.1

**ORDER STIPULATED AND APPROVED BY THE PARTIES:**


Submitted by:

HAWLEY TROXELL ENNIS & HAWLEY LLP


_____/S/_____
Sheila R. Schwager
Attorneys for Intermountain Community Bank


_____/S/_____
Patrick J. Geile
Attorney for Debtor Mid Valley Construction, Inc.