# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In Re:

MID VALLEY CONSTRUCTION, INC.,

Debtor.

No.    10-01100-TLM

Chapter 11

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from Automatic Stay filed by Ford Motor Credit Company LLC (hereinafter "FMCC") Docket No. 109 with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedures and Local Bankruptcy Rules, and no objections having been raised and good cause existing:

IT IS HEREBY ORDERED:

THAT the automatic stay imposed by 11 U.S.C. §362(a) is hereby terminated as to FMCC and to the subject property described as:

```
2006 Ford F150, VIN # 1FTVF14596NA82144
2006 Ford F150, VIN # 1FTPX14V46KD79748
2008 Ford F250, VIN # 1FTNF21598EA88572
2008 Ford F450, VIN # 1FDXW47R08EA05945
2005 Ford F150, VIN # 1FTRF12285NB32072
2008 Ford F350, VIN # 1FTWW31RX8EC61836
```

*THAT this Order is not stayed from enforcement pursuant to BR 4001.*  // end of text //

DATED: January 10, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER RE RELIEF FROM STAY

Presented by:
Bishop, White, Marshall & Weibel, P.S.


By: /s/ Daniel L. Hembree
Daniel L. Hembree ISBA 8325
Attorneys for Ford Motor Credit Company LLC

ORDER RE RELIEF FROM STAY